444 F.2d 165
 Mrs. Ruby D. BLAND, Plaintiff-Appellant,
v.
Elliott L. RICHARDSON, Secretary of Health, Education and Welfare, Defendant-Appellee.
 No. 30790.
 United States Court of Appeals, Fifth Circuit.
 June 21, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Sidney O. Smith, Jr., Chief Judge.
 Robert J. Lamb, III, William I. Aynes, Atlanta, Ga., for plaintiff-appellant.
 John W. Stokes, Jr., U. S. Atty., Atlanta, Ga., Kathryn H. Baldwin, Robert M. Feinson, Attys., Dept. of Justice, L. Patrick Gray, III, Asst. Atty. Gen., Washington, D. C., for defendant-appellee.
 Before JOHN R. BROWN, Chief Judge, and GEWIN and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 1
 See Richardson v. Perales, 402 U.S. 389, 91 S.Ct. 1420, 28 L.Ed.2d 842 [No. 108, May 3, 1971].
 
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966